# WINSTON | BERGERON
## LAW FIRM

**Sam H. Winston**
Founding Partner
sam@winstonbergeron.com

**Evan J. Bergeron**
Founding Partner
evan@winstonbergeron.com

February 10, 2023

**Via Hand-Delivery:**
Carol L. Michel, Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

        Re:    *United States of America vs. Dion Ridley, et al.*
                  Case No. 2:21-cr-00110

Dear Ms. Michel:

    Enclosed please find a flash drive containing the video exhibits referenced in *Ms. Dion Ridley's Sentencing Memorandum Maintaining Her Objections to the PSR & Requesting a Downward Variance from the Advisory Guidelines* along with a copy of the *Notice of Manual Attachment* electronically filed in the above referenced matter on this date.

                              Respectfully,

                              Samuel H. Winston

SHW/hsj

Enclosures (2)