UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 2:21-0110 |
| VERSUS | * | SECTION "R" |
| ASHLEY MCGOWAN | * | JUDGE SARAH S. VANCE |
| LERTRICE JOHNSON | | |
| DAVIENQUE JOHNSON | * | |
| HERBERT ALLEN | | |
| TROYLYNN BROWN | * | |
| DION RIDLEY | | |
| JARVIS BROWN | * | |

**MS. DION RIDLEY'S MOTION FOR LEAVE
TO FILE REPLY IN SUPPORT
OF HER SENTENCING MEMORANDUM
<u>REQUESTING A DOWNWARD VARIANCE</u>**

Considering *Ms. Dion Ridley's Motion for Leave to File Reply in Support of her Sentencing Memorandum Requesting a Downward Variance*,

**IT IS HEREBY ORDERED** that the Motion for Leave to File Reply is GRANTED and that the Reply Brief shall subsequently be filed into the record of this case.

New Orleans, Louisiana this 15th day of February, 2023.

_____

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE