MINUTE ENTRY
VANCE, J.
FEBRUARY 15, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL CASE |
|---|---|
| VERSUS | NO. 21-110 |
| DION RIDLEY (BOND) | SECTION: R |

CASE MANAGER: CHERIE STOUDER
COURT REPORTER: TONI TUSA
LAW CLERK: SOPHIE LIPMAN

### SENTENCING HEARING

APPEARANCES:  DION RIDLEY, DEFENDANT
SAMUEL H. WINSTON, COUNSEL FOR DEFENDANT
BRANDON LONG, ASSISTANT U.S. ATTORNEY
THAIS SAUNDERS, U.S. PROBATION OFFICER

Court begins at 10:30 a.m.
All present and ready.
Court addresses and overrules defendant's outstanding objections to the presentence investigation report.
Defendant present for sentencing as to Count 1 of the Indictment.
Statement by counsel for defendant in mitigation of sentence.
Motion by defendant for downward variance (R. Doc. 195), GRANTED.
Defendant sentenced.
See Judgment and Commitment order.
Appeal rights explained.
Government orally moves to dismiss the remaining counts, GRANTED.
Defendant released on bond to self-surrender on April 17, 2023, at 12:00 p.m. (noon).
Counsel thanked and excused.
Court adjourned at 10:48 a.m.

JS-10: 00:18