UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 21-110 |
| DION RIDLEY | SECTION: "R" |

## ORDER TO SURRENDER

**IT IS ORDERED** that the defendant, __Dion Ridley__, having been sentenced, in the above case, to the custody of the Bureau of Prisons, is hereby ordered to surrender herself to the Bureau of Prisons by reporting to the designated institution on or before __12:00 PM (noon)__ on __April 17, 2023.__

**IT IS FURTHER ORDERED** that the Probation Officer of this Court advise the defendant of the name and location of the institution in which she is to serve her sentence within a reasonable period of time prior to the time and date that she is to report to the institution.

New Orleans, Louisiana, this __15th__ day of __February__, 2023.

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

Acknowledgment:

I agree to report as directed in this order and understand that if I fail to do so I may be cited for contempt of Court and if convicted of contempt may be punished by imprisonment or fine, or both.

_____      _____
(Defendant)                                         (Attorney/Witness)

Distribution:

Original to Clerk's Office; Copy to Defense Counsel
1 Certified Copy to U. S. Attorney's Office
1 Certified Copy to U. S. Marshal's Office
2 Certified Copies to U. S. Probation Office