UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 21-110 |
| DION RIDLEY, ET AL. | SECTION "R" (2) |

## ORDER

Defendant Dion Ridley was sentenced for conspiring to commit mail fraud in violation of 18 U.S.C. § 371 on Wednesday, February 15, 2023. At the time of the sentencing hearing, the Court was unable to ascertain the full extent of the victims' losses. The Court thus deferred its determination of defendant's restitution obligations until a restitution hearing could be held pursuant to 18 U.S.C. § 3664(d)(5). Accordingly,

IT IS HEREBY ORDERED that a restitution hearing in this matter shall take place on **Wednesday, May 3, 2023 at 10:30 a.m.**

New Orleans, Louisiana, this __17th__ day of February, 2023.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE