**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **NO. 21-CR-00110** |
| **VS.** | * | **SECTION: "R"** |
| **DION RIDLEY** | * | **MAGISTRATE ( )** |
| | * * * | |

**ORDER GRANTING APPLICATION OF THE UNITED STATES FOR**
**WRIT OF GARNISHMENT**

Plaintiff, the United States of America, has made application under the Federal Debt Collection Procedures Act for a writ of continuing garnishment. 28 U.S.C. § 3205.

**THE COURT FINDS** that the requirements of 28 U.S.C. § 3205 have been satisfied by the United States' application for a writ of garnishment.

**IT IS HEREBY ORDERED** that the United States' application for writ of garnishment is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of this Court issue a writ of garnishment to DURHAM D&M LLC as garnishee and that the garnishee answer the writ of garnishment within 10 days from service.

New Orleans, Louisiana, this   25th   day of                    June        , 2026.

_____
**HON. SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**