**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **NO. 21-CR-00110** |
| **VS.** | * | **SECTION: "R"** |
| **DION RIDLEY** | * | **MAGISTRATE ( )** |

\*     \*     \*

## <u>WRIT OF GARNISHMENT</u>

**TO:**     **DURHAM D&M LLC**
**c/o C T CORPORATION SYSTEM**
**3867 Plaza Tower Dr.**
**Baton Rouge, LA  70816**

     **YOU ARE HEREBY COMMANDED TO GARNISH** FOR THE BENEFIT OF THE UNITED STATES OF AMERICA PROPERTY IN YOUR CUSTODY, CONTROL OR POSSESSION IN WHICH THE DEFENDANT, **DION RIDLEY, ("RIDLEY"),** HAS AN INTEREST, INCLUDING, BUT NOT LIMITED TO, ANY WAGES, EARNINGS, RETIREMENT FUNDS, PENSION ACCOUNTS, OR 401(K) ACCOUNTS.

     Please read the following instructions regarding the steps you must take to comply with this Writ.  For additional information, you may want to contact your attorney or the attorney for the United States identified in Paragraph 6.

**INSTRUCTIONS TO THE GARNISHEE**

1.      The name, last known address and Social Security Number of the person who is the defendant in this action and whose property is subject to this Writ is:

> Dion Ridley
> 2336 Louisa Street
> New Orleans, LA  70117
> SSN: ***-**-0882

2.      This Writ has been issued at the request of the United States of America to enforce the collection of a judgment entered in favor of the United States against the defendant, Dion Ridley.  Judgment was entered on February 15, 2023 against Ridley in this action in the amount of $464,232.71.  After deduction of all credits and payments made by defendant and her joint and several co-defendants, a balance of $462,132.71 remains due and owing.

3.      You are required by law to answer this Writ in writing, under oath, within 10 days. For your convenience, you may use for your answer the attached form that addresses the required information.

4.      You shall withhold and retain any property on which Ridley has a substantial nonexempt interest and for which you are or may become indebted to Ridley pending further order of this Court.  In regard to wages and earnings, you shall withhold and retain the lesser of:

> a.      Twenty-five percent (25%) of judgment defendant's disposable earnings; or

> b.      all amounts of judgment defendant's disposable earnings in excess of thirty times the federal minimum hourly wage.  See 15 U.S.C. § 1673(a).

5.      The original written answer to this writ must be filed within ten (10) days of service of the writ with the United States District Clerk at: United States District Court, 500 Poydras Street, New Orleans, LA 70130.

- 3 -

6.      Copies of the answer must also be served upon Dion Ridley at the address listed in paragraph 1, and upon AUSA Churita H. Hansell, 650 Poydras Street, Suite 1600, New Orleans, LA 70130.

7.      If you have any questions, you should contact your attorney.  You may also contact a representative of the United States at the following address and telephone number:

> David Vigier
> Monetary Penalties and Recovery Unit
> (504) 680-3153

8.      IF YOU FAIL TO ANSWER THIS WRIT OR WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES OF AMERICA MAY REQUEST THE COURT TO ORDER YOU TO APPEAR BEFORE THE COURT AND SHOW GOOD CAUSE FOR YOUR FAILURE TO COMPLY, THE COURT MAY ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEFENDANT'S NON-EXEMPT EARNINGS WHICH WAS IN, OR CAME INTO YOUR POSSESSION, CUSTODY OR CONTROL.

**CAROL L. MICHEL**
**UNITED STATES DISTRICT CLERK**

**BY:** _____
        **Deputy Clerk**