UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | NO. 21-CR-00110 |
| VS. | * | SECTION: "F" |
| DION RIDLEY | * | MAGISTRATE ( ) |
| | * * * | |

## UNITED STATES' CERTIFICATE OF SERVICE

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes plaintiff, the United States of America, and hereby certifies under 28 U.S.C. §§ 3004(c) and 3205(c)(3) that copies of the Writ of Garnishment, the Clerk's Notice to Judgment Debtor, the Claim for Exemption Form, and the instructions required by 28 U.S.C. § 3305(c)(3)(B) were served upon the judgment debtor, **Dion Ridley** by Federal Express on June 30, 2026. *See* Ex. 1.

The United States further certifies that the Writ of Garnishment and the instructions required by 28 U.S.C. § 3205(c)(3)(A) were served upon the garnishee, **Durham D&M LLC**, by Federal Express on June 26, 2026. *See* Ex. 1.

Respectfully Submitted,

DAVID I. COURCELLE
UNITED STATES ATTORNEY

*s/ Churita H. Hansell*
Churita H. Hansell (#25694)
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3000
Facsimile:   (504) 589-4014
Email: *Churita.Hansell@usdoj.gov*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon the following non-CM/ECF participant(s) via first-class United States Mail, postage prepaid, on this   6th  

day of July, 2026.

    Dion Ridley
    2336 Louisa Street
    New Orleans, LA 70117

                              *s/ Churita H. Hansell*
                              Churita H. Hansell
                              Assistant United States Attorney