

ORIGIN ID:NEWA    (504) 680-3000
DAVID VIGIER
UNITED STATES ATTORNEY'S OFFICE
650 POYDRAS STREET SUITE 1600

NEW ORLEANS, LA 70130
UNITED STATES US

SHIP DATE: 29JUN26
ACTWGT: 1.00 LB
CAD: 100065979/INET4535

BILL SENDER

TO  **DION RIDLEY**

**2336 LOUISA STREET**

**NEW ORLEANS LA 70117**
REF: 2021A49811
INV:
PO: USA/SS/LAE1/NEWO          DEPT:



FedEx.
Express

E

WED - 01 JUL 5:00P
** 2DAY **

TRK#  **8737 1161 4761**
0201

**42 MSYAG**    **NEWA 70117**
LA-US  **MSY**



FedEx.                                        July 03, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 873711614761

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | Signature not required | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday; Residential Delivery | | NEW ORLEANS, LA, |
| | | Delivery date: | Jun 30, 2026 17:08 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 873711614761 | Ship Date: | Jun 29, 2026 |
| | | Weight: | 0.5 LB/0.23 KG |
| Recipient: | | Shipper: | |
| NEW ORLEANS, LA, US, | | NEW ORLEANS, LA, US, | |

| | | | |
|---|---|---|---|
| Reference | 2021A49811 | | |
| Purchase Order | USA/SS/LAE1/NEWO | | |

**GOVERNMENT
EXHIBIT

1**

```
ORIGIN ID:NEWA      (504) 680-3000        SHIP DATE: 25JUN26
DAVID VIGIER                              ACTWGT: 1.00 LB
UNITED STATES ATTORNEY'S OFFICE           CAD: 100065979/INET4535
650 POYDRAS STREET SUITE 1600

NEW ORLEANS, LA 70130                     BILL SENDER
UNITED STATES US
```

TO  **DURHAM D&M LLC**
**C/O C T CORPORATION SYSTEM**
**3867 PLAZA TOWER DR.**

**BATON ROUGE LA 70816**
(888) 755-1133              REF: 2021A49811
INV:
PO: USA/SS/LAE1/NEWO              DEPT:



FedEx. Express

**E**

REL#
3785346

MON - 29 JUN 5:00P
** 2DAY **

TRK#
0201  **8735 6925 1250**

# 42 BATOG

**BTRA  70816**
LA-US  **MSY**



---

FedEx.                                                    June 27, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 873569251250

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | T.Elizabeth | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday; No Signature Required | | BATON ROUGE, LA, |
| | | Delivery date: | Jun 26, 2026 09:49 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 873569251250 | Ship Date: | Jun 25, 2026 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:                          Shipper:

BATON ROUGE, LA, US,                NEW ORLEANS, LA, US,

| | |
|---|---|
| Reference | 2021A49811 |
| Purchase Order | USA/SS/LAE1/NEWO |