# EMPLOYER ACKNOWLEDGEMENT OF WAGE WITHHOLDING

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2026 AUG 07 PM04 47
CAROL L. MICHEL, CLERK

**RE:**

Student Loan Debt for DION  RIDLEY

(Employee/Obligor name)

**Case Number:** 21CR00110

DURHAM D&M LLC

**Employer Name:** _____

**Employer Address:** 27755 DIEHL RD STE 100

WARRENVILLE, IL  60555

Obligor is ___X___ is not _____ employed.

Obligor Status: ACTIVE _____ Status Date: _____

Obligor last known address: 3139 LAW ST

NEW ORLEANS, LA  70117

If employed, payments of approximately 25% of disposable pay will be

forwarded to US DISTRICT COURT,ATTN on a WEEKLY _____ basis.

☐ Obligor is subject to other liens.  See attached if applicable.

☐ Obligor has filed a petition in bankruptcy court.

☒ Obligor does not earn enough to garnish at this time per federal minimum wage requirement or due to higher priority lien.

Obligors disposable earnings for this pay period  215.59

Sincerely,

ADP Garnishment Services

07/23/2026
Date

Fee _____
Process _____
Dkd _____
CiRmDep _____
Doc.No. _____

21A5

Page 1 of  1

ADP LETTER - ADPCAAD



 US DISTRICT COURT,ATTN FINANCE
500 POYDRAS ST
NEW ORLEANS, LA  70130-3319

*F*

Web: https://garnishments.adp.com
E-mail : garn.agencyhelp@adp.com
Phone: (800) 823-6731

21CR00110